IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re | ) Chapter 11 |
| ENDEAVOUR OPERATING CORPORATION, *et al.*,[1] | ) Case No. 14-12308 (KJC) |
| Debtors. | ) Joint Administration Requested |

## NOTICE OF APPEARANCE OF AND REQUEST FOR SERVICE OF NOTICES AND PAPERS BY MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS COUNSEL TO AD HOC COMMITTEE OF NOTEHOLDERS

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & McCloy LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for the ad hoc committee (the "Ad Hoc Committee of Noteholders") who are holders of the 12% First Priority Notes due 2018 and 12% Second Priority Notes due 2018 issued by Endeavour International Corporation, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à.r.l. (2113). The Debtor's principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

| | |
|---|---|
| **MORRIS NICHOLS ARSHT & TUNNELL LLP** | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| Robert J. Dehney (No. 3578) | Dennis F. Dunne |
| Daniel B. Butz (No. 4227) | Matthew S. Barr |
| 1201 North Market Street, Suite 1600 | Michael E. Comerford |
| Wilmington, DE 19801 | One Chase Manhattan Plaza |
| Telephone: (302) 658-9200 | New York, NY 10005 |
| Facsimile: (302) 658-3989 | Telephone: (212) 530-5000 |
| Email: rdehney@mnat.com | Facsimile: (212) 530-5219 |
|       dbutz@mnat.com | Email: ddunne@milbank.com |
| |       mbarr@milbank.com |
| |       mcomerford@milbank.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned case and any related adversary proceedings, whether currently pending or later commenced (the "Debtors"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Ad Hoc Committee of Noteholders: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may

not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Committee of Noteholders are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Ad Hoc Committee of Noteholders' consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Ad Hoc Committee of Noteholders, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated: October 15, 2014　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Daniel B. Butz*
　　　　　　　　　　　　　　　　　　　　　Robert J. Dehney (No. 3578)
　　　　　　　　　　　　　　　　　　　　　Daniel B. Butz (No. 4227)
　　　　　　　　　　　　　　　　　　　　　1201 North Market Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 658-9200
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-3989

　　　　　　　　　　　　　　　　　　　　　- and –

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis Dunne
Matthew Barr
Michael Comerford
One Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel for the Ad Hoc Committee of Noteholders*

8592675.1