IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Endeavour Operating Corporation, *et al.*[1] | Case No. 14-12308 (KJC)<br>Jointly Administered |
| Debtors. | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of title 11 of the United States Code, I hereby appoint the following persons/entities to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Open Flow Gas Supply Corp.**, Attn: Christina Inzana, 90 Beaver Drive, Suite 110B, P.O. Drawer J, DuBois, PA 15801, Phone: (814) 371-2228, Fax: (814) 371-2440.

2. **SM Energy Company**, Attn: David Copeland, 1775 Sherman Street, Suite 1200, Denver, CO 80203, Phone: (303) 863-4325, Fax: (303) 864-2598.

3. **SJ Exploration**, Attn: Julia G. Frazier, 1 South Jersey Plaza, Folsom, NJ, 08037, Phone: (609) 561-9000, Fax: (609) 561-1012.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: December 11, 2014

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.a r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.