# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Endeavour Operating Corporation, *et al.*,[1] | Case No.: 14-12308 (KJC) (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Thompson & Knight LLP and Bayard, P.A. hereby appear as proposed counsel for the Official Committee of Unsecured Creditors (the "**Committee**") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**THOMPSON & KNIGHT LLP**
David M. Bennett
Cassandra Sepanik Shoemaker
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533
Tel: (214) 969-1700
Fax: (214) 969-1751
E-mail:David.Bennett@tklaw.com
　　　　Cassandra.Shoemaker@tklaw.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.a r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

{BAY:02625549v1}

Demetra L. Liggins
Three Allen Center
333 Clay Street, Suite 3300
Houston, TX 77002
Tel: (713) 951-5884
Fax: (832) 397-8052
E-mail:Demetra.Liggins@tklaw.com

and

**BAYARD, P.A.**
Neil B. Glassman (No. 2087)
Scott D. Cousins (No. 3079)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
E-mail:nglassman@bayardlaw.com
          scousins@bayardlaw.com
          emiller@bayardlaw.com

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases and any related adversary proceedings, whether currently pending or later commenced (the "**Debtors**"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession,

custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

PLEASE TAKE FURTHER NOTICE that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Committee: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Committee's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Committee, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: December 12, 2014<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Neil B. Glassman*<br>Neil B. Glassman (No. 2087)<br>Scott D. Cousins (No. 3079)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>E-mail: nglassman@bayardlaw.com<br>          scousins@bayardlaw.com<br>          emiller@bayardlaw.com<br><br>and<br><br>THOMPSON & KNIGHT LLP<br>David M. Bennett<br>Cassandra Sepanik Shoemaker<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533<br>Tel: (214) 969-1700<br>Fax: (214) 969-1751<br>E-mail: David.Bennett@tklaw.com<br>          Cassandra.Shoemaker@tklaw.com<br><br>Demetra L. Liggins<br>Three Allen Center<br>333 Clay Street, Suite 3300<br>Houston, TX 77002<br>Tel: (713) 951-5884<br>Fax: (832) 397-8052<br>E-mail: Demetra.Liggins@tklaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |