**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                                   :

*In re:*                                                       :          Chapter 11
                                                       :
**ENDEAVOUR OPERATING**           :          Case No. 14–12308 (KJC)
**CORPORATION,** *et al.,*[1]            :
                                                       :          **(Jointly Administered)**
                  **Debtors.**                  :
                                                       :
---------------------------------------------------------- x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 20, 2015 AT 3:00 P.M. (ET)**[3]

**I.    UNCONTESTED MATTER GOING FORWARD:**

    1.    Application of Debtors for Authority to Expand the Scope of Retention of Blackstone Advisory Partners L.P. as Financial Advisor to the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 [D.I. 602; filed April 29, 2015]

        <u>Response/Objection Deadline</u>:    May 13, 2015 at 4:00 p.m. (ET)

        <u>Responses/Objections Received</u>:

        A.    Informal comments from the Ad Hoc Group of EEUK Term Loan Lenders

        B.    Informal comments from the U.S. Trustee

        <u>Related Documents</u>:

        i.    **Declaration of David C. Baggett in Support of Application of Debtors for Authority to Expand the Scope of Retention of Blackstone**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

[2] **Amended agenda items appear in bold.**

[3] The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the May 20, 2015 hearing must **have** contact**ed** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (ET) on Tuesday, May 19, 2015 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

RLF1 12004897v.1

    **Advisory Partners L.P. as Financial Advisor to the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 [D.I. 661; filed May 19, 2015]**

  ii. **Notice of Filing of Revised Proposed Order Authorizing Debtors to Expand the Scope of Retention of Blackstone Advisory Partners L.P. as Financial Advisor to the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 [D.I. 662; filed May 19, 2015]**

  Status: The hearing regarding this matter will go forward.

## II. CONTESTED MATTER GOING FORWARD

2. Debtors' Motion for (I) Order Approving (A) Bid Procedures, Including Procedures for Selection of Stalking Horse Purchasers, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Related Notices, (C) Notice of Auction, Stalking Horse Hearing and Sale Hearing, and (D) Related Relief and (II) Order (A) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), (f), and (m), (B) Approving Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Bankruptcy Code Sections 363 and 365 and Related Cure Amounts, and (C) Granting Related Relief [D.I. 600; filed April 29, 2015]

  Response/Objection Deadline:  May 13, 2015 at 4:00 p.m. (ET)

  Responses/Objections Received:

  A. Ad Hoc Committee of Noteholders' Statement and Reservation of Rights in Connection with Debtors' Bid Procedures Motion [D.I. 644; filed May 13, 2015]

  B. Protective Objection and Reservation of Rights of Wilmington Trust, National Association, in its Capacity as Indenture Trustee, to the Debtors' Bid Procedures Motion [D.I. 646; filed May 14, 2015]

  C. Informal comments from the Ad Hoc Group of EEUK Term Loan Lenders

  D. Informal comments from Credit Suisse AG, Cayman Islands Branch, as Administrative Agent for the Term Loan Lenders under the New EEUK Term Loan

  E. Informal comments from the Official Committee of Unsecured Creditors

  F. Informal comments from the U. S. Trustee

Related Documents:

i. **Notice of Filing of Revised (I) Proposed Order Approving (A) Bid Procedures, Including Procedures for Selection of Stalking Horse Purchasers, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Related Notices, (C) Notice of Auction, Stalking Horse Hearing and Sale Hearing, and (D) Related Relief and (II) Form of Asset Purchase Agreement [D.I. 657; filed May 18, 2015]**

Status: The hearing regarding this matter will go forward.

Dated:  May 19, 2015
        Wilmington, Delaware

                    /s/ Rachel L. Biblo
RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
Rachel L. Biblo (No. 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
Email:   shapiro@rlf.com
Email:   biblo@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP

Gary T. Holtzer (admitted *pro hac vice*)
Stephen A. Youngman (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email:   gary.holtzer@weil.com
Email:   stephen.youngman@weil.com

*Attorneys for Debtors and Debtors in Possession*

3