IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                 :

*In re:*                                :      Chapter 11
                                 :

**ENDEAVOUR OPERATING**     :      Case No. 14–12308 (KJC)
**CORPORATION**, *et al.*,[1]     :
                                 :      **(Jointly Administered)**

            Debtors.         :
                                 :      Objection Deadline: 6/10/2015 at 4:00 p.m. (ET)
                                 :
------------------------------------------------------------ x

## NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WHICH MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE U.S. DEBTORS' ASSETS AND THE PROPOSED CURE AMOUNT WITH RESPECT THERETO

       **You are receiving this** *Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned in Connection With the Sale of Substantially All of the U.S. Debtors' Assets and the Proposed Cure Amount With Respect Thereto* **(the "*Notice of Assumption and Assignment*") because you may be a counterparty to an executory contract or unexpired lease with Endeavour Operating Corporation or one or more of its affiliated debtors (collectively, the "*Debtors*"). Please read this notice carefully as your rights may be affected by the transactions described herein.**

      PLEASE TAKE NOTICE that on May 20, 2015, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**Bid Procedures Order**") approving the *Debtors' Motion for (I) Order Approving (A) Bid Procedures, Including Procedures for Selection of Stalking Horse Purchasers, (B) Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Related Notices, (C) Notice of Auction, Stalking Horse Hearing and Sale Hearing, and (D) Related Relief and (II) Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), (f), and (m), (B) Approving Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Bankruptcy Code Sections 363 and 365 and Related Cure Amounts, and (C) Granting Related Relief* (the "**Sale Motion**"), filed by the Debtors.[2] The Sale Motion and Bid Procedures Order set forth certain procedures (the "**Bid**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

*Procedures*") in connection with the sale of substantially all of the U.S. Debtors' Assets (the "*Sale Transaction*").

PLEASE TAKE FURTHER NOTICE that pursuant to the Bid Procedures Order, the Debtors have established procedures for the assumption, assignment, and sale of certain executory contracts and unexpired leases (collectively, the "***365 Contracts***") to a potential purchaser and the determination of related Cure Costs (as defined herein).  The Debtors are parties to numerous 365 Contracts and, in accordance with the Bid Procedures Order, hereby file this notice identifying (i) the 365 Contracts that may be assumed and assigned to a Stalking Horse Purchaser, if any, or such other Successful Bidder in connection with the Sale Transaction and (ii) the proposed amounts, if any, the Debtors believe are owed to the counterparty to the 365 Contract to cure any defaults or arrears existing under the 365 Contract (the "***Cure Costs***"), both as set forth on **Exhibit 1** attached hereto.

PLEASE TAKE FURTHER NOTICE that the hearing to approve the sale of the Assets (the "*Sale Hearing*") before the Honorable Kevin J. Carey, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801 has been set for **August 26, 2015 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the listing of a 365 Contract on **Exhibit 1** does not constitute an admission that the agreement is an executory contract or unexpired lease as contemplated by section 365(a) of the Bankruptcy Code or that the Debtors have any liability thereunder, and the Debtors expressly reserve all of their rights, claims, causes of action, and defenses with respect to the 365 Contracts listed on **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that any objections to the assumption, assignment, and sale of any 365 Contract identified in this notice (except with respect to the adequate assurance of future performance by any Successful Bidders), including to the Cure Costs set forth in **Exhibit 1** must be (i) in writing, (ii) filed with the Bankruptcy Court and (iii) served on the Objection Recipients by **June 10, 2015 at 4:00 p.m. (prevailing Eastern Time)** (the "*Assumption and Assignment Objection Deadline*").  Any such objections must set forth the proposed assumption, assignment, and sale of the 365 Contracts (and must state, with specificity, the legal and factual basis thereof) and, if applicable, the proposed Cure Costs (and must state, with specificity, what Cure Costs are required with appropriate documentation in support thereof).  Other than the Cure Costs listed on **Exhibit 1**, the Debtors are not aware of any amounts due and owing under the 365 Contracts listed therein.

PLEASE TAKE FURTHER NOTICE that if a counterparty to a 365 Contract files a timely objection asserting a higher cure amount than the maximum Cure Costs set forth in the Notice of Assumption and Assignment, and the parties are unable to consensually resolve the dispute prior to the Sale Hearing, the amount to be paid or reserved with respect to such objection shall be determined at the Sale Hearing.  The Assets will be transferred free and clear of all liens, claims, encumbrances and other interests, as well as any affirmative defenses to the fullest extent permitted by law (including any right to recoupment and any right to setoff not exercised prior to the Debtors' chapter 11 filings).  All other objections to the proposed assumption and assignment of the Debtors' right, title and interest in, to and under the 365 Contracts shall be heard at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE that each non-Debtor party to any 365 Contract that does not timely file an objection by the Assumption and Assignment Objection Deadline shall be forever barred from asserting any objection with regard to the assumption, assignment, sale, and/or Cure Costs set forth in <u>Exhibit 1</u>, except with respect to the adequate assurance of future performance by the Successful Bidder(s).  Any objections to any Successful Bidder's proposed form of adequate assurance of future performance must be raised at the Sale Hearing and shall be resolved at the Sale Hearing. The Cure Costs set forth in the Notice of Assumption and Assignment shall be controlling, notwithstanding anything to the contrary in any 365 Contract or any other document, and the counterparty to the 365 Contract shall be deemed to have consented to the Cure Costs and shall be forever barred from asserting any other claims related to such 365 Contract against the Debtors or the Successful Bidder(s), or the property of any of them.**

PLEASE TAKE FURTHER NOTICE that on or before August 14, 2015, the Debtors will post each Successful Bidder's proposed form of adequate assurance of future performance on the website of the Debtors' court approved claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/endeavour.  Any counterparty to a 365 Contract that wishes to receive fax or e-mail notice of the identity of the Successful Bidder must provide its fax number or e-mail address to counsel for the Debtors, Weil, Gotshal & Manges LLP (Attn: Jessica Liou, Esq. and Debra McElligott, Esq.), Email: Jessica.Liou@weil.com and Debra.McElligott@weil.com; Phone: (212) 310-8817 and (212) 310-8254.

PLEASE TAKE FURTHER NOTICE that although the Debtors have made a good faith effort to identify all 365 Contracts to be assumed and assigned in connection with the Sale Transaction, they may discover additional contracts that the Debtors and the Successful Bidder(s) desire to assume and assign in connection therewith.  Accordingly, if at any time after the entry of the Bid Procedures Order, the Debtors identify additional prepetition executory contracts or unexpired leases to be assumed and assigned to the Successful Bidder(s), the Debtors shall serve a supplemental notice of assumption and assignment (the "*Supplemental Assumption and Assignment Notice*") by facsimile, electronic transmission, hand delivery, or overnight mail on (i) the counterparty to each supplemental 365 Contract at the last known address available to the Debtors and (ii) all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002 by no later than ten (10) days before the proposed effective date of the assignment.  Each such Supplemental Assumption and Assignment Notice shall set forth (i) the name and address of the contract counterparty, (ii) notice of the proposed effective date of the assignment (subject to the right of Successful Bidder(s) to withdraw such request for assumption and assignment of the contract prior to the Closing), (iii) identification of the Contract, (iv) the Cure Costs, if any, and (v) the proposed adequate assurance.  Any counterparty to any supplemental 365 Contract must file any objection to (i) the proposed assumption, assignment, and sale of the applicable 365 Contract (and must state in its objection, with specificity, the legal and factual basis thereof) and (ii) if applicable, the proposed Cure Costs (and must state in its objection, with specificity, what Cure Costs are required with appropriate documentation in support thereof) no later than seven (7) days after the date of service of such Supplemental Notice of Assumption and Assignment.

      PLEASE TAKE FURTHER NOTICE that this Notice of Assumption and Assignment is subject to the fuller terms and conditions of the Sale Motion and the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety.  Parties with questions regarding the proposed assumption, assignment, and sale procedures contained herein should contact the Debtors' counsel at the contact information provided below.

      The inclusion of a 365 Contract on **Exhibit 1** does not mean that such 365 Contract will be assumed or assigned in connection with the Sale Transaction or that the Debtors or any Successful Bidder will make any cure payment in connection with such 365 Contract.

Dated: May 22, 2015
      Wilmington, Delaware

                                                            */s/ Rachel L. Biblo*
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        Mark D. Collins (No. 2981)
                                        Zachary I. Shapiro (No. 5103)
                                        Rachel L. Biblo (No. 6012)
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 651-7700
                                        Facsimile:  (302) 651-7701
                                        Email:       collins@rlf.com
                                        Email:       shapiro@rlf.com
                                        Email:       biblo@rlf.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP

                                        Gary T. Holtzer
                                        Stephen A. Youngman
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Email:       gary.holtzer@weil.com
                                        Email:       stephen.youngman@weil.com
                                        *Attorneys for Debtors and Debtors in Possession*