IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
*In re:*                                                     :  Chapter 11
                                                             :
ENDEAVOUR OPERATING                                          :  Case No. 14–12308 (KJC)
CORPORATION, *et al.,*[1]                                    :
                                                             :  (Jointly Administered)
Debtors.                                                     :
                                                             :
------------------------------------------------------------ x  Re: D.I. 707, 792

### SECOND ORDER FOR AN EXTENSION OF THE EXCLUSIVE
### PERIODS PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the Motion, dated June 8, 2015 (the "*Motion*"),[2] of Endeavour Operating Corporation and its above-captioned debtor affiliates, as debtors and debtors in possession (collectively, the "*Debtors*"), for an order pursuant to section 1121(d) of title 11 of the United States Code (the "*Bankruptcy Code*") further extending the Debtors' exclusive periods in which to file a chapter 11 plan (the "*Exclusive Filing Period*") and solicit acceptances thereof (the "*Exclusive Solicitation Period*," and, together with the Exclusive Filing Period, the "*Exclusive Periods*"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the District of Delaware, (ii) Thompson & Knight LLP,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 12659202V.1

One Arts Plaza 1722 Routh Street, Suite 1500, Dallas, TX 75201 (Attn: David Bennett, Esq. and Casandra Sepanik Shoemaker, Esq.), co-counsel for the Committee, (iii) Bayard P.A., 222 Delaware Ave, Suite 900, Wilmington, DE 19801 (Attn: Neil B. Glassman, Esq., Scott D. Cousins, Esq. and Evan T. Miller, Esq.), co-counsel for the Committee, (iv) Reed Smith LLP, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 (Attn: Eric A. Schaffer, Esq.), counsel to Wells Fargo Bank, National Association, in its capacity as trustee under the 12% Notes due March 2018, (v) Arent Fox LLP, 1675 Broadway, New York, NY 10019 (Attn: Andrew I. Silfen, Esq. and Leah M. Eisenberg, Esq.), counsel to Wilmington Trust, National Association, in its capacity as trustee under the 12% Notes due June 2018, (vi) Wilmington Savings Fund Society, FSB, in its capacity as trustee under the 5.5% Convertible Senior Notes due 2016, (vii) Wilmington Savings Fund Society, FSB, in its capacity as trustee under the 6.5% Convertible Senior Notes due 2016, (viii) Delaware Trust Company, in its capacity as successor trustee under the 7.5% Guaranteed Convertible Bonds due 2016, (ix) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Esq., Matthew S. Barr, Esq. and Michael E. Comerford, Esq.), counsel to certain of the holders of the 12% Notes due March 2018 and the 12% Notes due June 2018, (x) Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, Esq.), counsel to certain of the holders of the 5.5% Convertible Senior Notes due 2016 and the 6.5% Convertible Senior Notes due 2016, (xi) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 (Attn: Keith H. Wofford, Esq.), counsel to the holder of the 7.5% Guaranteed Convertible Bonds due 2016, (xii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036 (Attn: Michael Stamer, Esq. and Meredith Lahaie, Esq.), counsel to certain secured lenders under the EEUK Term Loan, (xiii) National Association of Attorneys

General, 2030 M Street NW, 8th Floor, Washington, DC 20036 (Attn: Karen Cordry, Esq.), (xiv) the Office of the Attorney General in each state in which the Debtors operate, (xv) the Office of the Delaware Secretary of State, (xvi) the Delaware State Treasury, (xvii) the Securities and Exchange Commission, (xiii) the Internal Revenue Service, and (xix) all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002; and it appearing that no other or further notice need be provided; and, if necessary, a hearing having been held to consider the relief requested in the Motion (the "*Hearing*"); and due and proper notice of the Hearing having been provided; and upon the record of the Hearing, if any, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period is extended through and including October 6, 2015.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended through and including December 4, 2015.

4. The extensions of the Exclusive Periods granted herein are without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtors or any party in interest, for cause, upon notice and hearing.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

RLF1 12659202v.1

6.  Notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: July 31, 2015
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

4

RLF1 12659202v.1