IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
*In re:* : Chapter 11
:
**ENDEAVOUR OPERATING** : Case No. 14–12308 (KJC)
**CORPORATION**, *et al.*,[1] :
: (Jointly Administered)
    **Debtors.** :
:
------------------------------------------------------------ x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 13, 2015 AT 3:00 P.M. (ET)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

I.  **RESOLVED MATTER:**

   1.  Motion of the Official Committee of Unsecured Creditors to Continue the Hearing Regarding the (I) Credit Bid Motion and (II) Dismissal Motion [D.I. 817; filed August 7, 2015]

       Response/Objection Deadline:    August 12, 2015 at 12:00 p.m.

       Responses/Objections Received:   None to date

       Related Documents:

       i.  Motion of the Debtors for Entry of (I) an Interim and Final Order Pursuant to Sections 105(a) and 363(b), (f), (k) and (m) of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9019 Approving the Credit Bid Asset Purchase Agreement Among the Debtors, First Priority Notes Collateral Agent, and the Credit Bid Noteholders, the Settlement Agreement Between and Among the Debtors, First Priority Noteholders, and Ad Hoc Group of EEUK Term Loan Lenders, Release of any Claims Against EEUK Term Loan Lenders, and Modification of Debtors' Services

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

[2] **Amended agenda items appear in bold.**

RLF1 12793282v.1

        Agreements and (II) an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9024 Approving Modification of the Adequate Protection Order [D.I. 807; filed August 3, 2015] **(the "*Credit Bid Motion*")**

ii.    Motion of the Debtors for Entry of an Order Pursuant to Sections 105(a), 305(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017 Authorizing Dismissal of the Debtors' Cases under Certification of Counsel [D.I. 808; filed August 3, 2015] **(the "*Dismissal Motion*")**

iii.   Motion of Official Committee of Unsecured Creditors to Shorten Notice Period with Respect to Motion of the Official Committee of Unsecured Creditors to Continue the Hearing Regarding the (I) Credit Bid Motion and (II) Dismissal Motion [D.I. 818; filed August 7, 2015]

iv.   Order Granting Motion of Official Committee of Unsecured Creditors to Shorten Notice Period with Respect to Motion of the Official Committee of Unsecured Creditors to Continue the Hearing Regarding the (I) Credit Bid Motion and (II) Dismissal Motion [D.I. 819; filed August 10, 2015]

v.    **Joinder of Wilmington Trust, National Association, in its Capacity as Indenture Trustee, to Motion of the Official Committee of Unsecured Creditors to Continue the Hearing Regarding the (I) Credit Bid Motion and (II) Dismissal Motion [D.I. 823; filed August 11, 2015]**

<u>Status</u>: **The Parties have resolved this matter by agreeing to adjourn the hearing on the Credit Bid Motion and the Dismissal Motion to September 18, 2015 at 1:00 p.m. (ET). Consequently, no hearing with respect to this matter is required.**

[Remainder of page intentionally left blank.]

Dated: August 12, 2015
       Wilmington, Delaware

    */s/ Rachel L. Biblo*
RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
Rachel L. Biblo (No. 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
Email:          shapiro@rlf.com
Email:          biblo@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP

Gary T. Holtzer (admitted *pro hac vice*)
Stephen A. Youngman (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Email:          gary.holtzer@weil.com
Email:          stephen.youngman@weil.com

*Attorneys for Debtors and Debtors in Possession*