**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENDEAVOUR OPERATING CORPORATION,<br>*et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 14-12308 (KJC)<br><br>(Jointly Administered)<br><br><u>**Related D.I.**</u>: 1023 |

**SUPPLEMENTAL DECLARATION OF NEIL B. GLASSMAN IN SUPPORT OF ELEVENTH MONTHLY AND FINAL FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 11, 2014 <u>THROUGH OCTOBER 31, 2015</u>**

I, Neil B. Glassman, submit the following declaration in support of the *Eleventh Monthly and Final Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from December 11, 2014 Through October 31, 2015* [D.I. 1023] (the "**Application**"):

1.      On November 2, 2015, Bayard, P.A. ("**Bayard**") filed the Application. Objections to the Application were due on November 23, 2015 (the "**Objection Deadline**").

2.      Bayard received no filed objections to the Application prior to the Objection Deadline.  The Office of the United States Trustee (the "**U.S. Trustee**"), however, submitted informal comments to Bayard requesting additional disclosures.

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.a r.l. (2113). The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

{BAY:02815115v1}

3.     In response to the U.S. Trustee's comments and requests, I attach Bayard's budget and staffing plans as **Exhibit A** hereto.  As represented to Bayard on November 25, 2015, this fully resolves the U.S. Trustee's concerns.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2015
          Wilmington, Delaware

                                                                    */s/ Neil B. Glassman*
                                                                    Neil B. Glassman (No. 2087)