IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
*In re:* : Chapter 11
: 
**ENDEAVOUR OPERATING** : Case No. 14–12308 (KJC)
**CORPORATION,** *et al.*,[1] : 
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------- x Re: D.I. 808, 987

### CERTIFICATION OF COUNSEL AND REQUEST
### FOR ENTRY OF AN ORDER DISMISSING CHAPTER 11 CASES

Pursuant to that *Order Pursuant to Sections 105(a) and 363(b), (f), (k), and (m) of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9019 Approving Credit Bid Asset Purchase Agreement Among the Debtors, First Priority Notes Collateral Agent, and the Credit Bid Noteholders, the Settlement Agreement Between and Among the Debtors, First Priority Noteholders, and Ad Hoc Group of EEUK Term Loan Lenders, Release of Any Claims Against EEUK Term Loan Lenders, and Modification of Debtors' Services Agreements*, entered October 16, 2015 (D.I. 985) (the "**Sale Order**"),[2] the *Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9024 Approving Modification of the Adequate Protection Order*, entered October 16, 2015 (D.I. 986) (the "**Modification Order**"), the *Order Approving (I) Form of Order Pursuant to Sections 105(a), 305(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017 Authorizing Dismissal of the Debtors Cases and (II) Procedures for*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Endeavour Operating Corporation (6552); Endeavour International Corporation (8389); Endeavour Colorado Corporation (0067); END Management Company (7578); Endeavour Energy New Ventures Inc. (7563); Endeavour Energy Luxembourg S.à r.l. (2113).  The Debtors' principal offices are located at 811 Main Street, Suite 2100, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order.

*Submission of Such Order Under Certification of Counsel*, entered October 16, 2015 (D.I. 987), (the "***Dismissal Authorization Order***") Endeavour Operating Corporation and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***") hereby submit the following Certification of Counsel and request for dismissal:

1. The Sale Order approved (i) the purchase of the Intercompany Note and EIHBV Equity by Purchaser, which shall be owned by the holders of the 12% Notes due March 1, 2018 and the lenders under the EEUK Term Loan, and (ii) the funding of a wind down budget for the payment of ordinary course administrative expenses and post-dismissal dissolution costs.

2. The Modification Order approved the expansion of the Carve-Out in the Adequate Protection Order to include all known, undisputed, and valid ordinary course administrative expenses.

3. The Dismissal Authorization Order approved the form of order (the "***Dismissal Order***") authorizing dismissal of the Debtors' chapter 11 cases after satisfaction of all known, undisputed, and valid ordinary course administrative expenses upon submission of the Dismissal Order under Certification of Counsel.

4. All transactions contemplated by the Credit Bid APA and the Settlement Agreement that were preconditions to dismissal of these chapter 11 cases have been completed.

5. To the best of their knowledge, Debtors Endeavour International Corporation, Endeavour Colorado Corporation, Endeavour Energy New Ventures Inc., and END Management Company have paid, resolved, or otherwise settled all of their known, undisputed, and valid ordinary course administrative expenses.

6. All United States Trustee quarterly fees accrued through the date hereof have been paid.

WEIL:\95546323\2\43794.0004

7.  Pursuant to the terms of the Dismissal Authorization Order, Debtors Endeavour International Corporation, Endeavour Colorado Corporation, Endeavour Energy New Ventures Inc., and END Management Company hereby request entry of the Dismissal Order substantially in the form annexed hereto as **Attachment 1** dismissing their respective chapter 11 cases.

Dated:  December 1, 2015
        Wilmington, Delaware

                        /s/ Rachel L. Biblo
                        RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
Rachel L. Biblo (No. 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
Email:       shapiro@rlf.com
Email:       biblo@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP

Gary T. Holtzer
Stephen A. Youngman
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email:       gary.holtzer@weil.com
Email:       stephen.youngman@weil.com

*Attorneys for Debtors and Debtors in Possession*